1  CALDWELL, LESLIE, NEWCOMBE & PETTIT
   A Professional Corporation
2  CHRISTOPHER G. CALDWELL, State Bar No. 106790
   ROBYN C. CROWTHER, State Bar No. 193840
3  1000 Wilshire Blvd., Suite 600
   Los Angeles, California 90017-2463
4  Telephone: (213) 629-9040
   Facsimile: (213) 629-9022
5
   Attorneys for Defendant GAP INC.
6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCKY STAR INDUSTRIES, | Case No. C 05-05089 BZ |
| Plaintiff, | |
| v. | **STIPULATION FOR SUBSTITUTION OF ATTORNEYS** |
| | **[F.R.C.P. Rule 5(a)]** |
| GAP INC., | |
| Defendants. | |

CALDWELL,
LESLIE,
NEWCOMBE
& PETTIT

645-05\Stip re Sub of Atty \4

**STIPULATION FOR SUBSTITUTION OF ATTORNEYS**

1  It is hereby stipulated and consented that Caldwell, Leslie, Newcombe & Pettit, a
2  Professional Corporation, 1000 Wilshire Blvd., Los Angeles, California 90017, be and hereby are
3  substituted in place and instead of Clayton O'Donnell Walsh & Davis, PLLC, 115 North
4  Broadway, P.O. Box 755, Tupelo, Mississippi 38802, as attorneys for the defendant Gap Inc. in
5  the above-entitled action and that this substitution be entered into effect without further notice.

8  DATED: December 28, 2005          Respectfully submitted,
9                                     GAP INC.
10
11                                    By _____
                                         DANA VEEDER
12                                       Its: Authorized Representative
                                      CALDWELL, LESLIE, NEWCOMBE & PETTIT
13                                    A Professional Corporation
                                      CHRISTOPHER G. CALDWELL
                                      ROBYN C. CROWTHER
14
15
16                                    By _____
                                         CHRISTOPHER G. CALDWELL
17                                    Attorneys for Defendant GAP INC.

18  DATED: December 28, 2005          CLAYTON O'DONNELL WALSH & DAVIS, PLLC
19                                    STEPHEN W. FLYNN
20
21                                    By _____
                                         STEPHEN W. FLYNN

28
CALDWELL,
LESLIE,
NEWCOMBE
& PETTIT

645-051\Stip re Sub of Atty.doc\3

-1-

**STIPULATION FOR SUBSTITUTION OF ATTORNEYS**

It is hereby stipulated and consented that Caldwell, Leslie, Newcombe & Pettit, a Professional Corporation, 1000 Wilshire Blvd., Los Angeles, California 90017, be and hereby are substituted in place and instead of Clayton O'Donnell Walsh & Davis, PLLC, 115 North Broadway, P.O. Box 755, Tupelo, Mississippi 38802, as attorneys for the defendant Gap Inc. in the above-entitled action and that this substitution be entered into effect without further notice.

DATED: January 3, 2006

Respectfully submitted,

GAP INC.

By_____
DANA VEEDER
Its: Authorized Representative

CALDWELL, LESLIE, NEWCOMBE & PETTIT
A Professional Corporation
CHRISTOPHER G. CALDWELL
ROBYN C. CROWTHER

By_____
CHRISTOPHER G. CALDWELL
Attorneys for Defendant GAP INC.

DATED: January 3, 2006

CLAYTON O'DONNELL WALSH & DAVIS, PLLC
STEPHEN W. FLYNN

By_____
STEPHEN W. FLYNN

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 1/11/2006 — IT IS SO ORDERED — Judge Bernard Zimmerman]

CALDWELL, LESLIE, NEWCOMBE & PETTIT

645-05\Stip re Sub of Atty2 v4

-1-

-2-

STIPULATION FOR SUBSTITUTION OF ATTORNEYS

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On **January 10, 2006**, I served the within document(s) described below as:

**STIPULATION FOR SUBSTITUTION OF ATTORNEYS**

( X ) **BY MAIL:** By placing a true copy thereof in sealed envelopes and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

| | |
|---|---|
| **LeRoy Percy** <br> **Tollison Law Firm, P.A.** <br> **100 Courthouse Square** <br> **P.O. Box 1216** <br> **Oxford, MS 38655** <br> Tel.: (662) 234-7070 <br> Fax: (662) <br> **Attorneys for Plaintiff LUCKY STAR INDUSTRIES, INC.** | **Stephen W. Flynn** <br> **Clayton O'Donnell Walsh & Davis, PLLC** <br> **115 North Broadway** <br> **P.O. Box 755** <br> **Tupelo, MS 38802** <br> Tel.: (662) 620-7938 <br> Fax: (662) 620-7939 |

( ) **BY FAX:** By transmitting a true copy thereof via facsimile machine to the offices or the parties listed on the attached Service List. I caused the copy to be transmitted from the facsimile number of Caldwell, Leslie, Newcombe & Pettit, (213) 629-9022 or (213) 629-5584. The transmission was reported as complete and without error. A copy of the transmission report is attached to this Proof of Service.

( ) **BY OVERNIGHT MAIL (VIA FEDERAL EXPRESS):** I caused such envelope to be deposited at a station designated for collection and processing of enveloped and packages for overnight delivery service by **FEDERAL EXPRESS**. I am "readily familiar" with the firm's practice of collection and processing of documents and other papers to be sent by overnight delivery service by **FEDERAL EXPRESS**. Pursuant to that business practice, envelopes in the ordinary course of business are that same day deposited in a box or other facility regularly maintained by such overnight service carrier or delivered to an authorized courier or driver authorized by such overnight service carrier to receive documents in an envelope or package with delivery fees paid or provided for.

( ) **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge, and that I executed this document on **January 10, 2006**, at Los Angeles, California.

( X ) **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on **January 10, 2006** at Los Angeles, California.



MARGIE ODANAKA

-1-